IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by JAMES R. KLEIN, ADMINISTRATOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNUCO CONTRACTING CORP.,<br><br>　　　　Defendant. | )<br>)<br>) No. 05-1506<br>) Judge Lancaster<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF COURT**

AND NOW, this 24th day of July, 2006, after consideration of Plaintiff's Motion to Compel, it is hereby ORDERED, ADJUDGED and DECREED that Defendant shall provide responses to Plaintiff's Interrogatories and Requests for Production of Documents within ten (10) days from the date of this Order.

_____
United States District Judge

LIT:396999-1 010342-021450