IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator, <br><br> Plaintiff, <br><br> v. <br><br> KNUCO CONTRACTING CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 05-1506 ) ) ) ) ) |

**ORDER**

And NOW, this 17th day of May, 2007, upon Motion of Plaintiff, the Clerk of Courts is hereby ORDERED to enter the Request for Default Judgment filed and attached as Appendix "A" to the Plaintiff's Motion for Default Judgment.

_____
United States District Judge

LIT:419187-1 010342-021450